■ In the Matter of Bobbie S.B., an Infant. Allegany County Department of Social Services, Respondent; Susan L.B., Appellant. (Appeal No. 1.) [874 NYS2d 857]—Appeal from an order of the Family Court, Allegany County (James E. Euken, J.), entered April 25, 2008 in a proceeding pursuant to Family Court Act article 10. The order, among other things, placed the subject child in the custody and care of petitioner until the completion of the next permanency hearing.

■ In the Matter of Bobbie S.B., an Infant. Allegany County Department of Social Services, Respondent; Susan B., Appellant. (Appeal No. 2.) [874 NYS2d 842]—Appeal from an order of the Family Court, Allegany County (James E. Euken, J.), entered February 25, 2008 in a proceeding pursuant to Family Court Act article 10. The order, among other things, adjudged that the subject child is a neglected child.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Lisa E.* [appeal No. 1], 207 AD2d 983 [1994]). Present—Centra, J.P., Peradotto, Carni, Green and Pine, JJ.